Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
22, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 22, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00632-CV

____________

 

IN RE METROPOLITAN LIFE INSURANCE
COMPANY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 24, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator sought to
prevent the deposition of its corporate representative pursuant to Texas Rule
of Civil Procedure 202 (Depositions Before Suit or to
Investigate Claims).

Relator has not established that it is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 22, 2005.

Panel consists of
Justices Edelman, Seymore, and Guzman.